# IN THE SUPREME COURT OF THE STATE OF NEVADA

JIMMY WILLIE RUFFIN,
         Appellant,

vs.

THE STATE OF NEVADA,
         Respondent.

No. 73245

**FILED**

SEP 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a "district court order granting or denying motion for house arrest." Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Our review of this appeal reveals jurisdictional defects. Specifically, no statute or court rule provides for an appeal from an order granting or denying a motion for house arrest. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Further, review of the district court minutes and docket entries indicate that no such order was entered. To the extent that appellant appeals from the judgment of conviction, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

17-31368

cc: Hon. Kerry Louise Earley, District Judge
Jimmy Willie Ruffin
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk